**Order filed November 7, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00779-CV
_____

## IN THE INTEREST OF E.E., N.E., A.E. AND E.E., CHILDREN

**On Appeal from the**
**Brown County, Texas**
**Trial Court Cause No. DV1302041**

## O R D E R

Appellant R.A.E.'s brief was due October 28, 2019. No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **December 2, 2019**, the court will dismiss the appeal for want of prosecution. _See_ Tex. R. App. P. 42.3(b).

PER CURIAM

Panel Consists of Justices Wise, Jewell, and Poissant.